# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

08 MAY 29 AH 10: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ DEPUTY

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

May 22, 2008

Clerk, United States District Court
Southern District of California

08CR7025-IEG

Re:    1:05CR559
       United States of America V. Ryan Douglas Jennings

Dear Sir/Madam,

   Please find certified copies of the Transfer of Jurisdiction, Indictment, Judgment, and docket sheet in the above entitled matter, having been transferred to your district pursuant to 18 U.S.C. 3605.

Thank you.

Fernando Galindo, Clerk of Court

By: _____
Kathy Roberts, Deputy Clerk

cc: U.S. Probation Office

| PROB 22 (Rev12/06) | | DOCKET NUMBER *(Tran. Court)* 1:05CR00559-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ryan Douglas Jennings<br>4945 ½ Saratoga Avenue<br>San Diego, California 92107 | EASTERN DISTRICT OF VIRGINIA | FILED<br>Alexandria<br>MAY 2 2 2008<br>CLERK U.S. DISTRICT COURT<br>ALEXANDRIA, VIRGINIA |
| | NAME OF SENTENCING JUDGE<br>The Honorable T.S. Ellis, III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 25, 2008 | TO<br>April 24, 2009 |

| OFFENSE |
|---|
| Sexual Contact With a Minor |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____4/24/08_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN CALIFORNIA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____5/12/08_____
Effective Date

_____
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

FILED
IN OPEN COURT

DEC 2 2 2005

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   **1:05cr559** |
| | ) | |
| v. | ) | Ct.: 18 U.S.C. §2244(a)(3) |
| | ) | (Abusive Sexual Contact) |
| **RYAN DOUGLAS JENNINGS,** | ) | |
| | ) | |
| Defendant | ) | |

**I N D I C T M E N T**

December 2005 Term - At Alexandria

THE GRAND JURY CHARGES THAT:

On or about December 19, 2005, while aboard United
Air Lines flight #77, an aircraft in flight in the
special aircraft jurisdiction of the United States, on
a nonstop flight from San Diego, California, to Dulles
International Airport, Loudoun County, Virginia, in the
Eastern District of Virginia, the defendant, **RYAN
DOUGLAS JENNINGS**, did, with intent to abuse, harass,
humiliate, and degrade "Jane Doe" and to arouse and
gratify the sexual desire of **RYAN DOUGLAS JENNINGS**,
knowingly and intentionally engage in and cause sexual
contact with "Jane Doe," a person who had attained the
age of twelve years but not attained the age of sixteen
years and was at least four years younger than **RYAN
DOUGLAS JENNINGS**.  Specifically, **RYAN DOUGLAS JENNINGS**

rubbed and squeezed "Jane Doe's" inner thigh and

genitalia and grabbed her buttocks.

(In violation of Title 18, United States Code, Sections
2243(a) & 2244(a)(3) and Title 49, United States Code,
Section 46506(1).)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
F O R E P E R S O N

Paul J. McNulty
United States Attorney

By: _____
Morris R. Parker, Jr.
Assistant United States Attorney
Chief, Major Crimes Unit

By: _____
Michael E. Rich/Patricia T. Giles
Assistant United States Attorneys

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

2

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.                                              Case Number 1:05CR00559-001

**RYAN DOUGLAS JENNINGS,**                      USM Number 70981 083

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, RYAN DOUGLAS JENNINGS, was represented by Christopher Leibig, Esquire and John Kenneth Zwerling, Esquire.

The defendant was found guilty on the one-count Indictment after a plea of not guilty. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 2243(a) & 2244(a)(3) & 49 U.S.C. 46506(1) | Sexual contact with a minor (Felony) | December 19, 2005 | Indictment |

As pronounced on August 4, 2006, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to 18 U.S.C. 3553 and the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this _____ 4th _____ day of _____ August _____, 2006.

_____
T. S. Ellis, III
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

Judgment--Page 2 of 6

Defendant: RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS, with credit for time already served in connection with the instant offense, pursuant to 18 U.S.C. 3585(b), as computed by the Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to serve his sentence at a minimum security facility in the Southern California area, so that he may remain close to his family.

The defendant shall surrender to the United States Marshal for this district, as directed by the Probation Officer and the Bureau of Prisons. Without objection from the government, defendant's sentence was stayed pending his appeal to the Court of Appeals for the Fourth Circuit.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

Mailed: _____
c: P.O. (2) (3)
    Mshl. (4) (2)
    U.S.Atty.                              _____
    U.S.Coll.                                       United States Marshal
    Dft. Cnsl.              By
    PTS                                    _____
    Financial                                        Deputy Marshal
    Registrar
    ob

Judgment--Page 3 of 6

Defendant: RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ONE (1) YEAR.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

Judgment--Page 4 of 6

Defendant: RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:08-cr-07025-IEG    Document 1    Filed 05/29/2008    Page 9 of 25

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 3    t'd) - Supervised Release

Judgment--Page 5 of 6

Defendant: RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1.) The defendant must serve FOUR (4) MONTHS in COMMUNITY CONFINEMENT, at the direction of the Probation Officer.

2.) The defendant must participate in, and successfully complete, a program of treatment and monitoring of sex offenders, and submit to any appropriate testing, as directed by the Probation Officer.

3.) The defendant must participate in, and successfully complete, a program of mental health treatment and counseling, at the discretion and direction of the Probation Officer.

4.) The defendant must register as a sex offender as required by any state or local laws.

5.) The defendant must not have any access to or possess any pornographic material or pictures displaying nudity of, or any magazines using, young juvenile models or pictures of juveniles under the age of 18.

6.) The defendant must not coach any juvenile soccer or other sports teams, however, he is not precluded from refereeing juvenile soccer or sports teams.

AO 245BS (Rev. 12/03)(EDVA rev.) Sheet 5 - Criminal Monetary Penalties

Judgment--Page 6 of 6

Defendant: RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the total monetary penalties under the schedule of payments on Schedule of Payment - Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| Indictment | $100.00 | $0.00 | $0.00 |
| **Total** | **$100.00** | **$0.00** | **$0.00** |

### FINE

No fines have been imposed in this case.

Restitution has not been ordered in this case.

AO 245B    (Rev. 12/03) Judgment in a Crimi.... Case
Supplemental Statement of Reasons

Defendant:  RYAN DOUGLAS JENNINGS
Case Number: 1:05CR00559-001
District:  Eastern District of Virginia, Alexandria Division

## SUPPLEMENTAL STATEMENT OF REASONS

### APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

[X]  The court applied the Guidelines and all relevant enhancements in this case.

[ ]  The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

[ ]  The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

[ ]  The court took some other action (Please explain below.):

[ ]  This judgment includes an alternative sentence.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Attachment (Page 1) — Statement of Reasons

**Defendant: RYAN DOUGLAS JENNINGS**
**Case Number: 1:05CR00559-001**
**District: Eastern District of Virginia, Alexandria Division**

# STATEMENT OF REASONS

[X]  THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS WITHOUT CHANGE.

## OR

[ ]  THE COURT ADOPTS THE PRESENTENCE REPORT AND GUIDELINE APPLICATIONS BUT WITH THESE
CHANGES: (Use Page 3, if necessary.)

[ ]  Chapter Two of the U.S.S.G. Manual determinations by court (including changes to base offense level or
offense characteristics):

[ ]  Chapter Three of the U.S.S.G. Manual adjustment determinations by court (including changes to victim-related
adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

[ ]  Chapter Four of the U.S.S.G. Manual determinations by court (including changes to criminal history category or
scores, career offender, or criminal livelihood determinations):

[ ]  THE COURT ADOPTS THE PRESENTENCE REPORT WITH THESE COMMENTS OR FINDINGS (including comments
or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may
when it makes inmate classification, designation, or programming decisions.  Specify court comments or findings,
paragraphs in the presentence report.) (Use Page 3, if necessary.)

GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):

Total Offense    12

Criminal History Category:  I

Imprisonment Range:  10    to  16    months

Supervised Release    1 year    to  --------------------------------  years

Fine Range:  $3,000    to    $30,000

[X]  Fine waived or below the guideline range because of inability to pay.

[X]  THE SENTENCE IS WITHIN THE GUIDELINE RANGE, THAT RANGE DOES NOT EXCEED 24 MONTHS, AND THE COURT
FINDS NO REASON TO DEPART.

## OR

[ ]  THE SENTENCE IS WITHIN A GUIDELINE RANGE, THAT RANGE EXCEEDS 24 MONTHS, AND THE SPECIFIC SENTENCE
IS IMPOSED FOR THESE REASONS: (Use Page 3, if necessary.)

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Attachment (Page 2) — Statement of Reasons

**Defendant: RYAN DOUGLAS JENNINGS**
**Case Number: 1:05CR00559-001**
**District: Eastern District of Virginia, Alexandria Division**

# STATEMENT OF REASONS

### RESTITUTION DETERMINATIONS

**Total Amount of Restitution:** _____

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A (c)(3)(B).

☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

☐ Restitution is not ordered for other reasons: _____

☐ Partial restitution is ordered under 18 U.S.C. § 3663(c) for these reasons: _____

### DEPARTURE (Check all that apply)

☐ The sentence departs <u>below the guideline range</u> for the following reasons; or
☐ The sentence departs <u>above the guideline range</u> for the following reasons:

**Pursuant to a Plea Agreement**
☐ based on 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ based on a government motion pursuant to an early disposition program;
☐ based on a binding plea agreement for departure which the court has accepted (cite below reason, if applicable);
☐ based on a plea agreement which <u>cites the below reason</u> for departure, which the court finds to be justified; or
☐ based on a plea agreement which states that the government will not oppose a defense departure motion and <u>cites the below reason.</u>

**Pursuant to a Motion Not Addressed in a Plea Agreement**
☐ pursuant to a 5K1.1 motion of the government based on the defendant's substantial assistance;
☐ pursuant to a government motion <u>based on the below reason</u> for departure; or
☐ pursuant to a defense motion <u>based on the below reason</u> for departure to which the government has not objected; or
☐ pursuant to a defense motion <u>based on the below reason</u> for departure to which the government has objected.

☐ Other than plea agreement or motion by the parties <u>based on the below reason</u> for departure.

**Reason(s) for Departure**

| | | |
|---|---|---|
| ☐ 4A1.3 Criminal History Adequacy (explain) | ☐ 5K2.8  Extreme Conduct | ☐ 5K2.16 Voluntary Disclosure of Offense |
| ☐ 5K2.0 Aggravating or Mitigating Circumstances (explain): | ☐ 5K2.9  Criminal Purpose | ☐ 5K2.17 High-Capacity Semiautomatic Firearm |
| | ☐ 5K2.10 Victim's Conduct | |
| ☐ 5K2.1 Death | ☐ 5K2.11 Lesser Harm | ☐ 5K2.18 Violent Street Gang |
| ☐ 5K2.2 Physical Injury | ☐ 5K2.12 Coercion and Duress | ☐ 5K2.20 Aberrant Behavior |
| ☐ 5K2.3 Extreme Psychological Injury | | ☐ 5K2.21 Dismissed and Uncharged Conduct |
| ☐ 5K2.4 Abduction or Unlawful Restraint | ☐ 5K2.13 Diminished Capacity | ☐ 5K2.22 Age or Health of Sex Offenders |
| ☐ 5K2.5 Property Damage or Loss | ☐ 5K2.14 Public Welfare | ☐ 5K2.23 Discharged Terms of Imprisonment |
| ☐ 5K2.6 Weapons and Dangerous Instruments | | ☐ 5K3.1 Early Disposition, "fast-track" Program |
| ☐ 5K2.7 Disruption of Government Function | | |

☐ Other (e.g., 2B1.1 commentary, 5H1.1-5H1.6 or 5H1.11)(explain and state guideline and/or statutory basis). (Use Page 3, if necessary

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Attachment (Page 3) — Statement of Reasons

**Defendant: RYAN DOUGLAS JENNINGS**
**Case Number: 1:05CR00559-001**
**District: Eastern District of Virginia, Alexandria Division**

### STATEMENT OF REASONS

**ADDITIONAL PRESENTENCE REPORT AND GUIDELINE APPLICATION CHANGES**
**(If necessary.)**

**SPECIFIC SENTENCE IS IMPOSED FOR THESE REASONS**
**(If necessary.)**

**The sentence is imposed for the reasons stated from the Bench, pursuant to 18 U.S.C. 3553, with the advisory guidelines being one factor the Court took into account in the Section 3553 analysis.**

**ADDITIONAL COMMENTS OR FINDINGS CONCERNING INFORMATION IN PRESENTENCE REPORT**
**(If necessary.)**

**ADDITIONAL REASONS FOR DEPARTING FROM THE GUIDELINE RANGE**
**(If necessary.)**

Date of Imposition of Judgment: August 4, 2006

# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00559-TSE All Defendants

Case title: USA v. Jennings

Magistrate judge case number: 1:05-mj-00928-TRJ

Date Filed: 12/22/2005

Date Terminated: 08/04/2006

Assigned to: District Judge T. S. Ellis, III

Appeals court case number: '06-4854' '4th Circuit'

### Defendant (1)

**Ryan Douglas Jennings**
*TERMINATED: 08/04/2006*

represented by **Christopher Leibig**
Leibig Moseley & Bennett PC
108 N Alfred St
Suite 101
Alexandria, VA 22314
(703) 683-4310
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Kenneth Zwerling**
Zwerling, Leibig & Moseley, PC
108 N Alfred St
Alexandria, VA 22314
(703) 684-8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Stefan Nachmanoff**
Office of the Federal Public Defender
1650 King St
Suite 500
Alexandria, VA 22314
(703) 600-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

### Pending Counts

None

### Disposition

## Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| 18:2243(a) & 2244(a)(3) & 49:46506(1) Abusive Sexual Contact (12.19.05) (1) | 6 mos. BOP and 1 yr. supervised release w/ conds. incld'g. 4 mos. community confinement. $100 S.A. No fine. Cont'd. on bond to self-surrender as dir. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 49:46506(1) Abusive Sexual Contact | |

## Plaintiff

**USA**       represented by **Michael Rich**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email: mike.rich@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia T. Giles**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email: Patricia.Giles@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2005 | 1 | COMPLAINT as to Ryan Douglas Jennings (1). (stas) [1:05-mj-00928-TRJ] (Entered: 12/20/2005) |
| 12/20/2005 | 2 | AFFIDAVIT by USA as to Ryan Douglas Jennings in support of 1 Complaint (stas) [1:05-mj-00928-TRJ] (Entered: 12/20/2005) |
| 12/20/2005 | | Minute Entry for proceedings held before Judge Thomas Rawles Jones Jr.:Initial Appearance as to Ryan Douglas Jennings held on 12/20/2005 Preliminary Examination set for 1/5/2006 10:00 AM before Magistrate Judge Thomas Rawles |

| | | |
|---|---|---|
| | | Jones Jr.. (Tape #FTR.) Appearance of counsel for US (Kumagai)and defendant w/counsel (Leibig). Matter called, govt' has no objection to release, defendant placed on PR bond w/conditions, and remanded until conditions are met. (dtro, ) [1:05-mj-00928-TRJ] (Entered: 12/22/2005) |
| 12/20/2005 | 3 | NOTICE OF ATTORNEY APPEARANCE: Christopher Leibig appearing for Ryan Douglas Jennings (dtro, ) [1:05-mj-00928-TRJ] (Entered: 12/22/2005) |
| 12/20/2005 | 4 | ORDER Setting Conditions of Release as to Ryan Douglas Jennings. . Signed by Judge Thomas Rawles Jones Jr. on 12/20/2005. (dtro, ) [1:05-mj-00928-TRJ] (Entered: 12/22/2005) |
| 12/22/2005 | 5 | INDICTMENT as to Ryan Douglas Jennings (1) count(s) 1. (ctat, ) (Entered: 12/22/2005) |
| 12/22/2005 | | Set Hearing as to Ryan Douglas Jennings: Arraignment set for 1/6/2006 at 09:00 AM before District Judge Leonie M. Brinkema. (ctat, ) (Entered: 12/22/2005) |
| 12/22/2005 | | Summons Issued in case as to Ryan Douglas Jennings for arraignment set for 1/6/06 at 9:00 a.m. (ctat, ) (Entered: 12/22/2005) |
| 12/27/2005 | 6 | Summons Returned Executed on 12/27/05 as to Ryan Douglas Jennings. (agil) (Entered: 12/28/2005) |
| 01/06/2006 | | Minute Entry for proceedings held before Judge Leonie M. Brinkema:Arraignment as to Ryan Douglas Jennings (1) Count 1 held on 1/6/2006. USA appeared through: Michael Rich and Patricia Giles. Deft appeared w/counsel John Zwerling and Andrea Moseley. Deft waived formal arraignment, plead not guilty, and demanded trial by jury. Deft waived speedy trial. Pretrial motions to be filed w/in 20 days with argument on 4/7/06 at 9:00 a.m. Jury Trial set for 4/10/2006 10:00 AM in Courtroom 600 before District Judge Leonie M. Brinkema. Deft continued on current bond with the following additional conditions: No unchaperoned contact w/any minors. Avoid pornography. Be willing to submit to polygraph that he hasn't been in the presence of a minor or viewing pornography. Submit to substance abuse testing and treatment. Advise any employer of this conviction. (Court Reporter Thomson.) (karn, ) (Entered: 01/09/2006) |
| 01/06/2006 | | Set Deadlines in case as to Ryan Douglas Jennings Motion Hearing set for 4/7/2006 09:00 AM in Courtroom 600 before District Judge Leonie M. Brinkema. (karn, ) (Entered: 01/09/2006) |
| 01/06/2006 | 7 | WAIVER of Speedy Trial by Ryan Douglas Jennings (Approved by Judge Leonie M. Brinkema) (karn, ) (Entered: 01/09/2006) |
| 01/26/2006 | 8 | MOTION for Discovery by Ryan Douglas Jennings. (pmil) (Entered: 01/27/2006) |
| 01/26/2006 | 9 | MOTION to Suppress by Ryan Douglas Jennings. (pmil) (Entered: 01/27/2006) |
| 02/09/2006 | 10 | RESPONSE in Opposition by USA as to Ryan Douglas Jennings re 9 MOTION to Suppress (kbar) (Entered: 02/09/2006) |
| 02/10/2006 | 11 | RESPONSE by USA to 8 MOTION for Discovery by Ryan Douglas Jennings (pmil) (Entered: 02/13/2006) |
| 03/07/2006 | 12 | UNDER SEAL RULE 902 (11) NOTICE by USA as to Ryan Douglas Jennings (kbar) Modified on 4/14/2006 (tbul, ), to seal document per TSE 4/14/06 Order (orig. |

| | | removed from file and place in the vault). (Entered: 03/08/2006) |
|---|---|---|
| 04/03/2006 | 13 | EXHIBIT LIST by USA as to Ryan Douglas Jennings (kbar) (Entered: 04/04/2006) |
| 04/03/2006 | 14 | Proposed Jury Instructions by USA as to Ryan Douglas Jennings (kbar) (Entered: 04/04/2006) |
| 04/03/2006 | 15 | TRIAL Exhibit Custody Form - Exhibits returned to Patricia Giles. (kbar ) (Entered: 04/04/2006) |
| 04/04/2006 | 16 | MOTION for Protective Order re: child victim and witness by USA as to Ryan Douglas Jennings. (kbar) (Entered: 04/04/2006) |
| 04/04/2006 | 17 | PROPOSED Jury Instructions and verdict forms as to Ryan Douglas Jennings (kbar) (Entered: 04/04/2006) |
| 04/04/2006 | 18 | PROPOSED Voir Dire Questions as to Ryan Douglas Jennings (kbar) (Entered: 04/04/2006) |
| 04/05/2006 | | Reset Deadlines re Motion or Report and Recommendation in case as to Ryan Douglas Jennings 16 MOTION for Protective Order, 9 MOTION to Suppress, 8 MOTION for Discovery. Motion Hearing set for 4/7/2006 09:00 AM before District Judge T. S. Ellis III. (clar, ) (Entered: 04/05/2006) |
| 04/05/2006 | 19 | UNDER SEAL SUPPLEMNTAL MOTION for Protective Order re: child victim and witness(REDACTED VERSION PLACED IN FILE) by USA as to Ryan Douglas Jennings. (kbar) (Entered: 04/06/2006) |
| 04/06/2006 | 20 | AMENDED EXHIBIT LIST by USA as to Ryan Douglas Jennings (kbar ) (Entered: 04/06/2006) |
| 04/06/2006 | 21 | ORDER that the jury trial currently scheduled to commence in this matter at 10:00 a.m., Monday April 10, 2006, is continued one day, until 10:00 a.m., Tuesday, April 11, 2006 as to Ryan Douglas Jennings Jury Trial set for 4/11/2006 10:00 AM before District Judge T. S. Ellis III. Signed by Judge T. S. Ellis III on 04/06/06. Copies mailed. (kbar) (Entered: 04/06/2006) |
| 04/06/2006 | 22 | Trial exhibit custody form - exhibits returned to Patricia Giles. (kbar ) (Entered: 04/06/2006) |
| 04/06/2006 | 23 | NOTICE of submission of videotape of defendant's December 19, 2005 statement by USA as to Ryan Douglas Jennings (kbar) (Entered: 04/06/2006) |
| 04/07/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III:Motion Hearing as to Ryan Douglas Jennings held on 4/7/2006 re: 9 MOTION to Suppress filed by Ryan Douglas Jennings. Appearances: Rich/Giles for USA; Deft w/ counsel, Leibig/Zwerling. USA adduced evidence. Heard, findings stated, and denied in part, deferred in part, and mooted/withdrawn in part. Court set a stat. conf. for Monday afternoon, 3:30, @ which time any motions in limine will be heard. Deft cont'd on previous bond. . (Court Reporter Rodriquez.) (tbul, ) (Entered: 04/07/2006) |
| 04/07/2006 | | Status Conference set for 4/10/2006 03:30 PM before District Judge T. S. Ellis III. (tbul, ) (Entered: 04/07/2006) |
| 04/07/2006 | 24 | Amended Proposed Voir Dire Questions by Ryan Douglas Jennings (stas) (Entered: 04/07/2006) |

| 04/07/2006 | 25 | MOTION in Limine by USA to Exclude Inadmissible Evidence Pertaining to a Government Witness as to Ryan Douglas Jennings. (stas) (Entered: 04/07/2006) |
| 04/07/2006 | 29 | ORDER, for reasons stated from the Bench, WITHDRAWING IN PART, DEFERRING IN PART and DENYING IN PART the 9 Motion to Suppress as to Ryan Douglas Jennings (1), and SCHEDULING a final pretrial conf. in this matter for 3:30 4/10/06. Signed by Judge T. S. Ellis III on 4/7/06. Mailed: by hand (tbul, ) (Entered: 04/10/2006) |
| 04/10/2006 | 26 | MOTION in Limine to exclude inadmissible evidence pertaining to victim by USA as to Ryan Douglas Jennings. (kbar ) (Entered: 04/10/2006) |
| 04/10/2006 | 27 | MOTION in Limine by Ryan Douglas Jennings. (kbar ) (Entered: 04/10/2006) |
| 04/10/2006 | 28 | MOTION to allow expert testimony by Ryan Douglas Jennings. (kbar ) (Entered: 04/10/2006) |
| 04/10/2006 |  | ORAL ORDER as to Ryan Douglas Jennings authorizing the Clerk's Office to issue a subpoena for Michael T. Whitmire, for trial on Wed., April 12. By Judge T. S. Ellis III in open court on 4/10/06. (tbul, ) (Entered: 04/10/2006) |
| 04/10/2006 |  | Minute Entry for proceedings held before Judge T. S. Ellis III:Motion Hearing as to Ryan Douglas Jennings held on 4/10/2006 re: 25 MOTION in Limine filed by USA, 27 MOTION in Limine filed by Ryan Douglas Jennings, 26 MOTION in Limine filed by USA, 28 MOTION to allow expert testimony filed by Ryan Douglas Jennings. Appearances: Michael Rich/Patricia Giles for USA; Deft w/ counsel, Leibig/Zwerling. Oral motion by Deft to exclude (USA pos. - intrinsic as part of luring) heard. Deft cont'd. on current bond pending trial. (Court Reporter Rodriquez.) (tbul, ) (Entered: 04/11/2006) |
| 04/10/2006 | 30 | ORDER denying the 26 Motion in Limine as to Ryan Douglas Jennings (1) by the government to exclude evidence pertaining to the victim; denying the 27 Motion in Limine by Deft; granting the defendant's 28 Motion to allow expert testimony; and denying the government's 25 Motion in Limine to exclude inadmissible evidence pertaining to a government witness, all for reasons stated from the Bench. Signed by Judge T. S. Ellis III on 4/10/06. Mailed: by hand (tbul, ) (Entered: 04/11/2006) |
| 04/11/2006 |  | Minute Entry for proceedings held before Judge T. S. Ellis III:Voir Dire begun on 4/11/2006 Ryan Douglas Jennings (1) on Count 1 (tbul, ) (Entered: 04/11/2006) |
| 04/11/2006 |  | Minute Entry for proceedings held before Judge T. S. Ellis III:Jury Trial as to Ryan Douglas Jennings held on 4/11/2006. Appearances: Mike Rich/Patricia Giles for USA; Deft w/ counsel, John Zwerling/Christopher Leibig. Jurors appeared and sworn on voir dire, 12 + 2 alternates selected and sworn to try the issues. Rule on witnesses invoked. Opening statements heard. To resume: Jury Trial set for 4/12/2006 09:30 AM before District Judge T. S. Ellis III. Deft cont'd. on current bond conds.(Court Reporter Rodriquez.) (tbul, ) (Entered: 04/11/2006) |
| 04/12/2006 |  | Minute Entry for proceedings held before Judge T. S. Ellis III:Jury Trial Day 2 as to Ryan Douglas Jennings held on 4/12/2006. Appearances: Same as Day 1. All jurors present. USA cont'd. to adduce evidence and rested. Deft's Rule 29 mo. for Jgmt. of Acquittal heard at sidebar, findings stated and denied. Deft adduced evidence. To resume tomorrow: Jury Trial set for 4/13/2006 09:30 AM before District Judge T. S. Ellis III. Deft cont'd. on current bond conds.(Court Reporter Rodriquez.) (tbul, ) |

| | | (Entered: 04/12/2006) |
|---|---|---|
| 04/12/2006 | 📄 31 | STIPULATION filed in open court by USA and Ryan Douglas Jennings, and published to the jury by the Court, regarding Detective Shewmaker (tbul, ) (Entered: 04/13/2006) |
| 04/12/2006 | 📄 32 | STIPULATION No. 2 filed in open Court by USA and Ryan Douglas Jennings, and published to the jury by the Court, STIPULATION OF FACT - FLIGHT MANIFEST, regarding Government Exhibit 7B (tbul, ) (Entered: 04/13/2006) |
| 04/12/2006 | 📄 33 | STIPULATION No. 3 filed by USA and Ryan Douglas Jennings, published to the Jury by the Court, STIPULATION OF FACT - DEFENDANT'S BIRTHDAY (tbul, ) (Entered: 04/13/2006) |
| 04/12/2006 | 📄 34 | STIPULATION No. 4, filed in open court by USA and Ryan Douglas Jennings, and published to the jury by the Court, STIPULATION OF FACT - AERIAL PHOTOGRAPH (tbul, ) (Entered: 04/13/2006) |
| 04/12/2006 | 📄 35 | STIPULATION No. 5 filed in open court by USA and Ryan Douglas Jennings, and published to the jury by the Court, STIPULATION OF FACT - SEATING DIAGRAM (tbul, ) (Entered: 04/13/2006) |
| 04/12/2006 | 📄 37 | NOTICE OF EXPERT TESTIMONY pursuant to Fed. Rule Crim. P. 16(b)(1)(C) filed by Ryan Douglas Jennings (tbul, ) (Entered: 04/13/2006) |
| 04/13/2006 | 📄 36 | STIPULATION NO. 6 filed in open court by USA and Ryan Douglas Jennings, and published to the jury by the Court, regarding testimony of Special Agent Michael T. Whitmire (tbul, ) (Entered: 04/13/2006) |
| 04/13/2006 | 📄 | Minute Entry for proceedings held before Judge T. S. Ellis III:Jury Trial Day 3 as to Ryan Douglas Jennings held on 4/13/2006. Appearances: Same on Days 1-2. All jurors present. Instructions conf. held. Deft cont'd. to adduce evidence and rested. Closing arguments heard. Jurors charged, retired to deliberate and returned a verdict of guilty. Sentencing set for 7/7/06 9:00. Deft cont'd. on current bond conds. (Court Reporter Rodriguez.) (tbul, ) (Entered: 04/13/2006) |
| 04/13/2006 | 📄 | Set/Reset Hearings as to Ryan Douglas Jennings: Sentencing set for 7/7/2006 09:00 AM before District Judge T. S. Ellis III. (tbul, ) (Entered: 04/13/2006) |
| 04/13/2006 | 📄 | Jury Note re: verdict reaced rec'd. as to Ryan Douglas Jennings (filed in vault - has the foreperson's name on it). (tbul, ) (Entered: 04/14/2006) |
| 04/13/2006 | 📄 38 | JURY VERDICT filed in open as to Ryan Douglas Jennings (1) Guilty on Count 1 (Orig. in vault; redacted version in file w/ foreperson's name removed). (tbul, ) (Entered: 04/14/2006) |
| 04/13/2006 | 📄 | Jury Trial completed(tbul, ) (Entered: 04/14/2006) |
| 04/13/2006 | 📄 | ORAL MOTION in open court to Seal the Government's 902(11) Notice with attachments which was previously filed on March 7, 2006, by USA as to Ryan Douglas Jennings. (tbul, ) (Entered: 04/14/2006) |
| 04/14/2006 | 📄 | Case as to Ryan Douglas Jennings reassigned to Judge T. S. Ellis, III. Judge Leonie M. Brinkema no longer assigned to the case. (ltun ) (Entered: 04/14/2006) |

| 04/14/2006 | 39 | ORDER granting the government's [oral] Motion to Seal its Rule 902(11) Notice with attachments, previously filed on March 7, 2006, as to Ryan Douglas Jennings (1). Signed by Judge T. S. Ellis III on 4/14/06. Mailed: yes (tbul, ) (Entered: 04/14/2006) |
| 04/17/2006 | | Admitted trial exhibits (1 black notebook and one blanket, in a box) to Records via Reggie. Stipulations Exhibits 1-6 (Docket Nos. 31-36) are in the file. (tbul, ) (Entered: 04/17/2006) |
| 04/17/2006 | 40 | Video as to Ryan Douglas Jennings, to be made part of the record per chambers (tbul, ) (Entered: 04/17/2006) |
| 04/18/2006 | 41 | ORDER as to Ryan Douglas Jennings that the meals delivered to the jurors shall be at the expense of the United States, with bills to be submitted to the Clerk of Court for payment. Signed by Judge T. S. Ellis III on 4/18/06. Mailed: yes (tbul, ) (Entered: 04/18/2006) |
| 04/20/2006 | 42 | MOTION for New Trial by Ryan Douglas Jennings. (kbar, ) (Entered: 04/21/2006) |
| 04/26/2006 | 43 | Opposition by USA as to Ryan Douglas Jennings to 42 MOTION for New Trial (jwhe, ) (Entered: 04/27/2006) |
| 05/02/2006 | 44 | Response to 43 Opposition by USA as to Ryan Douglas Jennings to 42 MOTION for New Trial by Ryan Jennings (kbar) (Entered: 05/02/2006) |
| 05/02/2006 | 45 | NOTICE of hearing on the response to the U.S. opposition to the motion for new trial to be heard on 5/19/06 @ 9:00 a.m. by Ryan Douglas Jennings. Attorney notified that this matter will not be placed on the court docket until proper notice is filed with the court. (kbar ) (Entered: 05/03/2006) |
| 05/03/2006 | 46 | NOTICE OF HEARING ON MOTION in case as to Ryan Douglas Jennings 42 MOTION for New Trial: Motion Hearing set for 5/19/2005 09:00 AM before District Judge T. S. Ellis III. (kbar ) (Entered: 05/03/2006) |
| 05/04/2006 | 47 | ORDER that the hearing on defendant's motion for a new trial is continued one week to 9:00 a.m., Friday, May 26, 2006 as to Ryan Douglas Jennings. Motion Hearing set for 5/26/2006 09:00 AM before District Judge T. S. Ellis III. Signed by Judge T. S. Ellis III on 05/04/06. COpies mailed. (kbar ) (Entered: 05/04/2006) |
| 05/26/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III:Motion Hearing as to Ryan Douglas Jennings held on 5/26/2006 re: 42 MOTION for New Trial filed by Ryan Douglas Jennings. Appearances: Patricia Giles for USA; Deft w/ counsel, Christopher Leibig and John Zwerling for Deft. Heard and TUA. Deft cont'd. on current bond pending sentencing. (Court Reporter Rodriguez.) (tbul, ) (Entered: 06/01/2006) |
| 06/16/2006 | 48 | Objection to Pre-Sentence Report filed by defendant Ryan Jennings. (kbar ) (Entered: 06/19/2006) |
| 06/20/2006 | 49 | Position on Sentencing by USA as to Ryan Douglas Jennings (kbar) (Entered: 06/21/2006) |
| 06/26/2006 | 50 | SUPPLEMENT by Ryan Douglas Jennings (kbar) (Entered: 06/26/2006) |
| 06/30/2006 | 51 | Position with Respect to Sentencing by Ryan Douglas Jennings (stas) (Entered: 07/03/2006) |

| 07/03/2006 | 52 | MOTION to Exclude Evidence Regarding 01/05/06 Mental Health/Psycho Sexual Risk Assessment Report by Ryan Douglas Jennings. (pmil) (Entered: 07/06/2006) |
| 07/06/2006 | 53 | Response by Gov't to Deft's 51 Position on Sentencing (pmil) (Entered: 07/06/2006) |
| 07/06/2006 | 54 | OPPOSITION by USA to Deft's 52 MOTION to Exclude Evidence Regarding 01/05/06 Mental Health/Psycho Sexual Risk Assessment Report by Ryan Douglas Jennings (pmil) (Entered: 07/06/2006) |
| 07/06/2006 | 55 | NOTICE of potential motion to continue sentencing hearing by Ryan Douglas Jennings (clar, ) (Entered: 07/06/2006) |
| 07/06/2006 | 56 | NOTICE of filing by Ryan Douglas Jennings (clar, ) (Entered: 07/06/2006) |
| 07/07/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III:Motion Hearing as to Ryan Douglas Jennings held on 7/7/2006 re: 52 MOTION to Exclude psych report ordered by Pretrial/Probation filed by Ryan Douglas Jennings (denied, however the Court will allow another eval. by someone that parties agree on); 42 MOTION for New Trial filed by Ryan Douglas Jennings (denied); motion to cont. the sentencing (granted and hrg. will be re-set for 3:00 8/4/06. Appearances: Mike Rich/Patricia Giles for USA; Deft w/ counsel, John Zwerling. Deft cont'd on current bond pending sentencing. (Court Reporter Rodriguez.) (tbul, ) (Entered: 07/07/2006) |
| 07/07/2006 | | Set/Reset Hearings as to Ryan Douglas Jennings: Sentencing re-set on a motion for cont., to 8/4/2006 03:00 PM before District Judge T. S. Ellis III. (tbul, ) (Entered: 07/07/2006) |
| 07/11/2006 | 57 | MEMORANDUM OPINION re: Defendant's motion for a new trial pursuant to Rule 33, FRCP as to Ryan Douglas Jennings (see memorandum opinion for details). Signed by Judge T. S. Ellis III on 7/11/06. Copies mailed; 7/12/06 (jwhe, ) (Entered: 07/12/2006) |
| 07/11/2006 | 58 | ORDER denying 42 Motion for New Trial pursuant to Rule 33, FRCP as to Ryan Douglas Jennings. Signed by Judge T. S. Ellis III on 7/11/06. Copies mailed; 7/12/06 (jwhe, ) (Entered: 07/12/2006) |
| 08/03/2006 | 59 | Psychiatric Report Received (Sealed) as to Ryan Douglas Jennings (kbar ) (Entered: 08/04/2006) |
| 08/04/2006 | 60 | NOTICE of filing re: letters in support by Ryan Douglas Jennings (kbar ) (Entered: 08/04/2006) |
| 08/04/2006 | | Minute Entry for proceedings held before Judge T. S. Ellis III:Sentencing held on 8/4/2006 for Ryan Douglas Jennings (1). Count 1: 6 mos. BOP and 1 yr. supervised release w/ conds: 4 mos. community confinement; sex offender trtmt. & monitoring; mental health trtmt. @ discretion and direction of P.O;; register as sex offender; not coach soccer but may referee; no access to pictures displaying juveniles. Appeal noted and filed in open court. Court will grant a motion for a stay of designation pending the appeal. Appearances: Rich/Giles for USA; Deft w/ counsel, Leibig/Zwerling. Cont'd on bond to self-surrender as dir. (Court Reporter Rodriguez.) (tbul, ) (Entered: 08/08/2006) |
| 08/04/2006 | 61 | NOTICE OF APPEAL by Ryan Douglas Jennings from the Sentencing held on 8/4/06. (the Judgment has not been enterd yet) Filing fee $455, receipt number 100 189543. Copy sent to USCA. Copy sent to parties. (nmck, ) (Entered: 08/09/2006) |

| | | |
|---|---|---|
| 08/04/2006 | 62 | JUDGMENT as to Ryan Douglas Jennings (1). Count 1: 6 mos. BOP and 1 yr. supervised release w/ conds. incld'g. 4 mos. community confinement. $100 S.A. No fine. Cont'd. on bond to self-surrender as dir. w/ reporting stayed pending 4th Cir. appeal. Signed by Judge T. S. Ellis III on 8/4/06. Mailed: yes (tbul, ) (Entered: 08/10/2006) |
| 08/04/2006 | 63 | NOTICE OF APPEAL (1st Notice filed in open court) by Ryan Douglas Jennings (tbul, ) (Entered: 08/10/2006) |
| 08/15/2006 | | USCA Case Number 06-4854 4th Circuit, case manager Lisa Nesbitt for 61 Notice of Appeal - Final Judgment filed by Ryan Douglas Jennings,. (nmck, ) (Entered: 08/15/2006) |
| 08/16/2006 | 64 | MOTION and affidavit for permission to appeal in forma pauperis by Ryan Douglas Jennings. (kbar ) (Entered: 08/17/2006) |
| 08/16/2006 | 65 | MOTION to Appoint Federal Public Defender by Ryan Douglas Jennings. (kbar ) (Entered: 08/17/2006) |
| 08/16/2006 | 66 | CJA 23 Financial Affidavit by Ryan Douglas Jennings (kbar) (Entered: 08/17/2006) |
| 08/17/2006 | 67 | ORDER that 65 Motion to Appoint the Federal Public Defender's Office as to Ryan Douglas Jennings to represent him in connection with his appeal is GRANTED. It is further ORDERED that deft's request for reimbursement of the $455.00 appeal filing fee is DENIED. . Signed by Judge T. S. Ellis III on 08/17/06. Copies sent. (ctat, ) (Entered: 08/21/2006) |
| 08/28/2006 | 68 | ORDER of USCA as to Ryan Douglas Jennings that the Court appoints the Federal Public Defender at Alexandria, Virginia, as counsel to represent Ryan Douglas Jennings in this case (karn, ) (Entered: 08/30/2006) |
| 09/19/2006 | 69 | TRANSCRIPT of Motions Hearing (Limine) Proceedings as to Ryan Douglas Jennings held on 4/10/06 before Judge Ellis. Court Reporter: Rodriquez. 59 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/19/2006 | 70 | TRANSCRIPT of Jury Trial Volume 1 Proceedings as to Ryan Douglas Jennings held on 4/11/06 before Judge Ellis. Court Reporter: Rodriquez. 235 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/19/2006 | 71 | TRANSCRIPT of Jury Trial Volume 2 Proceedings as to Ryan Douglas Jennings held on 4/12/06 before Judge Ellis. Court Reporter: Rodriquez. 286 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/19/2006 | 72 | TRANSCRIPT of Jury Trial Volume 3 Proceedings as to Ryan Douglas Jennings held on 4/13/06 before Judge Ellis. Court Reporter: Rodriquez. 192 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/19/2006 | 73 | TRANSCRIPT of Motions Hearing (New Trial) Proceedings as to Ryan Douglas Jennings held on 5/26/06 before Judge Ellis. Court Reporter: Rodriquez. 23 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/19/2006 | 74 | TRANSCRIPT of Motions Hearing Proceedings as to Ryan Douglas Jennings held on 7/7/06 before Judge Ellis. Court Reporter: Rodriquez. 13 pages. (tbul, ) (Entered: 09/19/2006) |

| 09/19/2006 | 75 | TRANSCRIPT of Sentencing Hearing Proceedings as to Ryan Douglas Jennings held on 8/4/06 before Judge Ellis. Court Reporter: Rodriquez. 67 pages. (tbul, ) (Entered: 09/19/2006) |
| 09/25/2006 | 76 | TRANSCRIPT of Motions Hearing (Suppression) Proceedings as to Ryan Douglas Jennings held on 4/7/06 before Judge Ellis. Court Reporter: Rodriquez. 69 pages. (tbul, ) (Entered: 09/25/2006) |
| 10/18/2006 | 77 | Certificate of Completion re 61 Notice of Appeal - Final Judgment (nmck, ) (Entered: 10/18/2006) |
| 12/04/2006 | 78 | TRANSCRIPT of Proceedings as to Ryan Douglas Jennings held on 04/13/2006, Volume 3, Evening Session (Verdict) before Judge T.S. Ellis, III. Court Reporter: Michael A. Rodriguez. (rban, ) (Entered: 12/04/2006) |
| 02/12/2007 | 79 | ORDER of USCA (copy) as to Ryan Douglas Jennings, upon inquiry of the court regarding the inclusion of a minor's nickname in the briefs filed in this case, the parties filed a joint motion to seal the briefs and joint appendix in this apepal. Accordingly, with the consent of the parties, the joint motion to seal is construced as a joint motion to limit remote electronic access to the briefs filed in this case and granted as such. The briefs filed in this appeal will not be made available in electronic form on the court's docket or provided to leagal publishers for the purpose of making the briefs available in electronic form. (nmck, ) (Entered: 02/15/2007) |
| 08/06/2007 | 80 | Opinion of USCA (Copy) decided 8/3/07 as to Ryan Douglas Jennings re 61 Notice of Appeal - Final Judgment, Affirmed, attached copy of judgment will not take effect until issuance of the mandate. (nmck, ) (Entered: 08/08/2007) |
| 08/29/2007 | 81 | JUDGMENT of USCA (certified copy) as to Ryan Douglas Jennings re 61 Notice of Appeal - Final Judgment, In accordance with the written opinion of this court filed this day, the court affirms the judgment of the district court. A certified copy of this judgment will be provided to the district court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate. (mandate issued) (nmck, ) (Entered: 09/10/2007) |
| 03/28/2008 | 82 | MOTION to Proceed in Forma Pauperis by Ryan Douglas Jennings. (krob, ) (Entered: 04/01/2008) |
| 04/01/2008 | 83 | LETTER MOTION requesting that he be permitted to serve the community confinement portion of his sentence in San Diego, CA, rather than in Richmond VA by Ryan Douglas Jennings. (krob) (Entered: 04/10/2008) |
| 04/10/2008 | 84 | ORDERED that defendant's supervision is transferred to the Southern District of California and Ordering that 82 Motion to Proceed in forma pauperis as to Ryan Douglas Jennings is denied as moot. Signed by District Judge T. S. Ellis, III on 4/10/08. Copies sent. (krob) (Entered: 04/10/2008) |
| 04/24/2008 | 85 | Waiver of Hearing to modify conditions of probation/supervised release and ORDER as to Ryan Douglas Jennings. Signed by T. S. Ellis, III. (krob, ) (Entered: 04/24/2008) |
| 04/24/2008 | 86 | ORDERED that the defendant's supervised release is modified (See Order For Details) as to Ryan Douglas Jennings. Additionally, it is appropriate to transfer jurisdiction to the Southern District of Calf., San Diego Division, and a separate order will accomplish this transfer of jurisdiction. Signed by District Judge T. S. |

|            |        | Ellis, III on 4/24/08. (krob) (Entered: 04/24/2008) |
|------------|--------|-----------------------------------------------------|
| 05/22/2008 | 87     | Probation Jurisdiction Transferred to Southern District of California as to Ryan Douglas Jennings Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (krob ) (Entered: 05/22/2008) |

A TRUE COPY, TESTE:

CLERK, U.S. DISTRICT COURT

BY _____

DEPUTY CLERK